Tanya E. Moore, SBN 206683
K. Randolph Moore, SBN 106933
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California 95112
Telephone (408) 298-2000
Facsimile (408) 298-6046

Attorneys for Plaintiff
Natividad Gutierrez

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIVIDAD GUTIERREZ,<br><br>            Plaintiff,<br><br>      vs.<br><br>AHMED A. ELHADY aka AHMED A. ELHEDY dba MAREB LIQUOR and AHMED A. ELHADY, as TRUSTEE OF THE AHMED A. ELHADY REVOCABLE TRUST DATED JULY 7, 2008,<br><br>            Defendants. | No.  1:11-CV-00588-AWI-SKO<br><br>STIPULATION TO CONTINUE MANDATORY SCHEDULING CONFERENCE; ORDER |

**WHEREAS**, Plaintiff's counsel will be unavailable from July 6, 2011 through August 3, 2011;

**WHEREAS**, the Mandatory Scheduling Conference is currently set for July 19, 2011 at 9:45 a.m., during Plaintiff's counsel's absence;

**IT IS HEREBY STIPULATED** by and between the Parties hereto, by and through their respective counsel, that the Mandatory Scheduling Conference in this matter be continued to a date convenient to the Court after August 15, 2011.

Dated: June 30, 2011                                          MOORE LAW FIRM, P.C.

                                                              /s/ Tanya E. Moore
                                                              Tanya E. Moore
                                                              Attorneys for Plaintiff

*Gutierrez v. Elhady, et al.*
Stipulation to Continue Mandatory Scheduling Conference

Page 1

Dated:  June 29, 2011                                               FISHER & PHILLIPS LLP


                                                                    /s/ James Fessenden
                                                                    James Fessenden
                                                                    Attorney for Defendants

**ORDER**

The parties having so stipulated and good cause appearing,

IT IS HEREBY ORDERED that the Mandatory Scheduling Conference currently set for July 19, 2011, be continued to September 1, 2011, at 10:15 a.m. in Courtroom 8, before the Honorable Sheila K. Oberto.  A joint scheduling report shall be filed no later than seven (7) days prior to the conference.

IT IS SO ORDERED.

Dated:   **June 30, 2011**                                  **/s/ Sheila K. Oberto**
                                                             UNITED STATES MAGISTRATE JUDGE

*Gutierrez v. Elhady, et al.*
Stipulation to Continue Mandatory Scheduling Conference

Page 2