K. Randolph Moore, SBN 106933
Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California  95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
Email:  tanya@moorelawfirm.com

Attorneys for Plaintiff
Natividad Gutierrez

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIVIDAD GUTIERREZ,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>AHMED A. ELHADY aka AHMED A. ELHEDY dba MAREB LIQUOR and AHMED A. ELHADY, as TRUSTEE OF THE AHMED A. ELHADY REVOCABLE TRUST DATED JULY 7, 2008.<br><br>　　　　　Defendants. | No.  1:11-CV-00588-AWI-SKO<br><br>**STIPULATION FOR DISMISSAL OF ACTION; ORDER** |

　　　　IT IS HEREBY STIPULATED by and between Plaintiff Natividad Gutierrez ("Plaintiff") and Defendants Ahmed A. Elhady aka Ahmed A. Elhedy dba Mareb Liquor and Almed A. Elhady, as Trustee of the Ahmed A. Elhady Revocable Trust Dated July 7, 2008 ("Defendants"), the parties to this action, by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action be dismissed

///

///

///

*Gutierrez v. Elhady, et al.*
Stipulation for Dismissal
　　　　　　　　　　　　　　　　Page 1

with prejudice in its entirety.

Date: December 14, 2011                              MOORE LAW FIRM, P.C.


                                                     /s/Tanya E. Moore
                                                     Tanya E. Moore
                                                     Attorney for Plaintiff Natividad Gutierrez


Date: December 14, 2011                              FISHER & PHILLIPS LLP


                                                     /s/ James Fessenden
                                                     James Fessenden, Attorneys for
                                                     Defendants Ahmed A. Elhady aka Ahmed
                                                     A. Elhedy dba Mareb Liquor and Ahmed
                                                     A. Elhady, as Trustee of the Ahmed A.
                                                     Elhady Revocable Trust Dated July 7,
                                                     2008

## **ORDER**

    The parties having so stipulated,

    IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety.


IT IS SO ORDERED.

Dated:   December 14, 2011                           _____
                                                     CHIEF UNITED STATES DISTRICT JUDGE

*Gutierrez v. Elhady, et al.*
Stipulation for Dismissal