1  K. Randolph Moore, SBN 106933
2  Tanya E. Moore, SBN 206683
   MOORE LAW FIRM, P.C.
3  332 North Second Street
   San Jose, California 95112
4  Telephone (408) 298-2000
   Facsimile (408) 298-6046
5  Email: tanya@moorelawfirm.com

6  Attorneys for Plaintiff
   Natividad Gutierrez

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIVIDAD GUTIERREZ,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>AHMED A. ELHADY aka AHMED A. ELHEDY dba MAREB LIQUOR and AHMED A. ELHADY, as TRUSTEE OF THE AHMED A. ELHADY REVOCABLE TRUST DATED JULY 7, 2008.<br><br>　　　　　Defendants. | No. 1:11-CV-00588-AWI-SKO<br><br>**STIPULATION FOR DISMISSAL OF ACTION; ORDER** |

IT IS HEREBY STIPULATED by and between Plaintiff Natividad Gutierrez ("Plaintiff") and Defendants Ahmed A. Elhady aka Ahmed A. Elhedy dba Mareb Liquor and Almed A. Elhady, as Trustee of the Ahmed A. Elhady Revocable Trust Dated July 7, 2008 ("Defendants"), the parties to this action, by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action be dismissed

///

///

///

*Gutierrez v. Elhady, et al.*
Stipulation for Dismissal

Page 1

1  with prejudice in its entirety.

2  Date: December 14, 2011                    MOORE LAW FIRM, P.C.

3

4
                                             /s/Tanya E. Moore
5                                            Tanya E. Moore
                                             Attorney for Plaintiff Natividad Gutierrez
6

7
   Date: December 14, 2011                   FISHER & PHILLIPS LLP
8

9
                                             /s/ James Fessenden
10                                           James Fessenden, Attorneys for
                                             Defendants Ahmed A. Elhady aka Ahmed
11                                           A. Elhedy dba Mareb Liquor and Ahmed
                                             A. Elhady, as Trustee of the Ahmed A.
12                                           Elhady Revocable Trust Dated July 7,
                                             2008
13

14

15

16
                                **ORDER**
17

18
        The parties having so stipulated,
19
        IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety.
20

21

22
   IT IS SO ORDERED.
23
   Dated:   December 14, 2011            _____
24                                        CHIEF UNITED STATES DISTRICT JUDGE

25

26

27

28



*Gutierrez v. Elhady, et al.*
Stipulation for Dismissal
                              Page 2